

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-25-00121-CV

**PROGRESSIVE PREMIER INSURANCE COMPANY OF ILLINOIS** and The Progressive Corporation,
Appellants

v.

Maria **CONTRERAS**,
Appellee

From the 111th Judicial District Court, Webb County, Texas
Trial Court No. 2023CVA001920D3
Honorable Rebecca Ramirez Palomo, Judge Presiding

PER CURIAM

Sitting:    Irene Rios, Justice
            Lori Massey Brissette, Justice
            Adrian A. Spears II, Justice

Delivered and Filed: August 13, 2025

MOTION TO DISMISS APPEAL GRANTED, APPEAL DISMISSED

Appellants have filed a motion to dismiss this appeal, stating the parties have settled the underlying lawsuit. The motion contains a certificate of service to appellee, who has not opposed the motion. Accordingly, the motion is granted, and this appeal is dismissed. *See* TEX. R. APP. P. 42.1(a)(1). Costs of appeal are taxed against appellants. *See id*. 42.1(d).

PER CURIAM